FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF CHARLES FIANDER, and ROGER MARK FIANDER,<br><br>Plaintiffs,<br><br>v.<br><br>YAKIMA RESERVATION IRRIGATION DISTRICT,<br><br>Defendant. | NO: 1:21-CV-3024-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiffs' Notice of Voluntary Dismissal, ECF No. 5.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 5**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 9, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2